JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BELLAIRE RESEDA PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00334-SVW-PLA<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Bellaire Reseda Properties, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 17, 2020

_____
UNITED STATES DISTRICT JUDGE